[No. 66644-4-I. Division One. May 16, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. CAMERON B. LaCROIX, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 09-8-00643-5, Leila Mills, J., entered December 11, 2009. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Lau and Spearman, JJ.

[No. 66648-7-I. Division One. May 16, 2011.]

TRISHA SHOBLOM, *Appellant*, v. E.E. PICHLER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-07707-7, Frank E. Cuthbertson, J., entered November 20, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Leach, A.C.J., and Cox, J.

[No. 66664-9-I. Division One. May 16, 2011.]

HUGO ANTONIO CASTILLO MARTE, *Appellant*, v. JESSIKA HERNANDEZ, *as Personal Representative*, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-2-01862-5, John F. Nichols, J., entered December 23, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Dwyer, C.J., and Cox, J.

[No. 40182-7-II. Division Two. May 17, 2011.]

FRANK C. RODARTE ET AL., *Respondents*, v. JAMES D. COOPER ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-2-11614-7, Eric Schmidt, J. Pro Tem., entered December 17, 2009. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Worswick, A.C.J., and Quinn-Brintnall, J.